UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FELIPE DE JESUS ZAVALA MEDEL,<br>A/K/A JOHNY JOE OLIVO | No. 1:25-cr-00038-SDN |

**PROSECUTION VERSION OF THE OFFENSE**

On about January 28, 2025, in the District of Maine, the Defendant, Felipe De Jesus Zavala Medel, A/K/A Johny Joe Olivo, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of U.S. Customs and Border Protection, a federal agency within the executive branch of the Government of the United States, in violation of Title 18, United States Code, Section 1001(a)(2). Specifically, the Defendant falsely represented that his name was Johny Joe Olivo and that he was born in Texas.

In this regard, on January 28, 2025, at approximately 9:10 p.m., a male approached the Coburn Gore, Maine, Port-of-Entry ("POE") in a vehicle from the Country of Canada and presented himself for admission into the United States. This male was later identified as the Defendant, Felipe De Jesus Zavala Medel. The Defendant was the driver and sole occupant of the vehicle. He presented a North Dakota driver's license in the name of Johny Joe Olivo with a photograph of Zavala Medel on it, to U.S. Customs and Border Protection (CBP) Officer Zietz at the POE.

1

When asked, the Defendant told the officer that he was born in Texas and lived in the United States. The Defendant said he was traveling to Waterville, Maine, to work at a paper mill. Officer Zietz referred him to the secondary inspection area.

At the secondary inspection area, CBP Officer Daniel Flores asked the Defendant to complete U.S. CBP Form 6059B, which is a Customs Declaration form. On the form, the Defendant wrote that his name was "JOHNY JOE OLIVO," and he listed a date of birth in 1963. The Defendant signed the form and directly above his signature, it states on the form: "I HAVE READ THE IMPORTANT INFORMATION ON THE REVERSE SIDE OF THIS FORM AND HAVE MADE A TRUTHFUL DECLARATION."

While at the secondary inspection area, Officer Flores asked the Defendant questions regarding his admissibility and alienage to enter the United States, including what his father's name was. The Defendant was unable to answer that question, and after being asked several more times, he pulled out a Texas birth certificate in the name of JOHNY JOE OLIVO and read the father's name from it. The Defendant also had difficulty answering questions about whether he had any siblings.

Officers subsequently detained the Defendant and searched his vehicle. Inside the vehicle, officers found a suitcase with the name "ZAVALA/Clau" written on a luggage tag. The Defendant said his daughter's name was Claudia Mendez. Additionally, a piece of mail was found inside the vehicle with the names Esther Mendez and Felipe De Jesus Zavala Medel on it, with an address in Sioux City, Iowa. From searching the vehicle and the Defendant, officers seized: the North Dakota driver's license that he presented in the name of Johny Joe Olivo (with the Defendant's photograph on it), a Missouri nondriver license in the name of Johnny Olivo (with the

Defendant's photograph on it), a social security card in the name of Johnny Olivo, a Texas birth certificate in Johny Olivo's name, and bank cards in the name Johny Olivo.

During subsequent questioning, the Defendant admitted that his true identity was Felipe De Jesus Zavala Medel and not Johny Joe Olivo. The Defendant admitted that he was born in the country of Mexico in 1960 and that he is a citizen of Mexico. The Defendant said that he got lost following his GPS on his way to Waterville, Maine, and crossed into Canada. After entering Canada, the Defendant said he sought admission into the United States at the Coburn Gore, Maine, POE.

Additionally, the Defendant admitted that he did not have any documents that allowed him to legally enter, reside, or work in the United States. At the time he tried to enter the United States at the POE, the Defendant admitted that he showed the officer the North Dakota driver's license in the name of Johny Joe OLIVO, claiming to be that person. The Defendant said that he bought the Texas birth certificate in Olivo's name in Salt Lake City, Utah, and later purchased the North Dakota license.

The Defendant said he wished to enter the United States to live and work here. He said he has lived in the United States since 1987 and only left once in 2023 when he got lost and crossed into Canada from Maine. The Defendant said he does electrical and mechanic jobs in the United States. The Defendant said he has two houses in Iowa and a house in North Dakota and he provided an address of where he lives in Sioux City, Iowa. This address in Sioux City, Iowa, is the same address that appears on the piece of mail with the Defendant's name on it that was found inside the vehicle.

Had this case proceeded to trial, the Government would have offered the testimony of the officers involved in the investigation and the specific events described above. The Government would have also introduced in evidence the documents seized

3

from the Defendant and his vehicle, including the North Dakota driver's license in the name of Johny Joe Olivo and his mail, as well as photographs from the incident. The Government would have offered in evidence the CBP Customs form, as well as the Defendant's admissions about his identity and place of birth. The evidence would have been sufficient to prove beyond a reasonable doubt the charge contained in the Information.

Dated: March 20, 2025                              /s/ *Alisa Ross*
                                                   Alisa Ross
                                                   Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 20, 2025, I electronically filed the Government's Prosecution Version of the Offense with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to the following:

   David Bate, Esq.
   Counsel for the Defendant

                               Respectfully submitted,

                               CRAIG M. WOLFF
                               Acting United States Attorney


                               BY: */s/ Alisa Ross*
                               Alisa Ross
                               Assistant United States Attorney
                               United States Attorney's Office
                               202 Harlow Street, Room 111
                               Bangor, ME  04401
                               (207) 945-0373
                               Alisa.Ross@usdoj.gov